UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS E. PEREZ,

        Plaintiff,

vs.

SHU WANG, et al.,

        Defendants.

CIVIL ACTION FILE

NO. 1:13-cv-4162-TWT

### **DEFAULT JUDGMENT**

The defendants Shu Wang and Wang's Partner, Inc., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Thomas W. Thrash, Jr., United States District Judge, by order entered on August 11, 2015, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the defendants Shu Wang and Wang's Partner, Inc. are restrained from withholding payment of back wages in the total amount of $998,863.19 plus liquidated damages in the amount of $998,863.19 for a total amount of $1,997,726.38 due to employees for the periods of employment and in the amounts indicated with respect to each, as set for on the attached Schedule A. The private rights, under the Act, of any employee of Defendant not named or for the periods not stated in said Schedule A shall not be terminated or otherwise adversely affected by this proceeding. The court costs are taxed to the Defendants for which execution may issue. Each party shall be such other of its own attorney's fees and expenses incurred by such party in connection with any stage of this case, including but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

Dated at Atlanta, Georgia this 11th day of August, 2015.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

          By: <u>s/ Denise D.M. McGoldrick</u>
             Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 August 11, 2015
James N. Hatten
Clerk of Court


By: <u>s/ Denise D.M. McGoldrick</u>
   Deputy Clerk