## ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26, U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgment have been obtained |
|---|---|
| Shu Wang, an Individual and Wang's Partner, Inc. d/b/a Hibachi Grill and Supreme Buffet<br>5534 Wynhall Drive<br>Norcross, GA 30071 | United States Department of Labor |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $1,997,726.38, plus interest at the contract rate through entry of judgment, plus interest at .66% per annum after entry of judgment, and any additional costs of this action | UNITED STATES DEPARTMENT OF LABOR<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA 30303 | August 11, 2015<br>1:3X-CV-4162-TWT<br><br>1:13-cv-4162-TWT |

UNITED STATES OF AMERICA
CLERK'S OFFICE
U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court..

Dated, March 16, 20 16.

JAMES N. HATTEN
Clerk



By   Barbara D. Boyle
Deputy Clerk.